IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **Country Mutual Insurance Co.**<br>         **Plaintiff(s)**<br><br>              **v.**<br><br>**Altisource Online Auction, Inc.**<br>         **Defendant(s)** | **Civil Action No.:  2:19-cv-74** |

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 24, 2020, AMENDED OPINION AND ORDER

Plaintiff, Country Mutual Insurance Co., individually and as successor to Middlesex Mutual Assurance Co. as subrogee of TPW Management LLC, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 60(b), respectfully submits this Motion for Reconsideration of the Court's July 24, 2020, Amended Opinion and Order (Docket No. 47). In the interests of judicial economy, Plaintiff's legal arguments and reasoning are contained in the attached Memorandum of Law.  For the reasons stated therein, Plaintiff respectfully requests that this Honorable Court grant reconsideration of and vacate its Amended Opinion and Order dated July 24, 2020.

                                        **de LUCA LEVINE LLC**

                            BY:     *s/Benjamin D. Wharton*

                                **BENJAMIN D. WHARTON**
                                PA ATTY ID: 312394
                                Three Valley Square, Suite 220
                                Blue Bell, PA 19422
                                215-383-0081
                                215-383-0082 (fax)
                                bwharton@delucalevine.com
                                **ATTORNEYS FOR PLAINTIFF**

**Dated:**  August 20, 2020